# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| LYNDA LEE EADS and JAY LAWRENCE EADS, Debtors. | 09-30777 WTT [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The following check was issued to the creditor listed below in the amount listed. The check was not cashed or returned and the trustee placed a stop payment on the check.

**CREDITOR & ADDRESS (last known)**      **CHECK AMOUNT**

Intermountain Healthcare      $23.83
P.O. Box 27808
Salt Lake City, UT 84127-0808

The address listed above constitutes the last known address in question. The check in the amount of $23.83 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 20 day of July, 2011.

_____
Duane H. Gillman, Trustee

FILED IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH 2011 JUL 21 PM 4:52